# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

LEON RICHARDSON,

        Plaintiff,

vs.

HARD ROCK HOTEL, INC., et al.,

        Defendants.

2:13-cv-01913-GMN-CWH

**MINUTE ORDER**

    Before the Court is Defendant HRHH Gaming Senior Mezz LLC's Request for Exception from Attendance at Early Neutral Evaluation. (#17).

    Defendant Hard Rock Hotel, Inc. (hereafter "HRHH") requests that Defendant's insurance carrier be excused from attending in person the ENE. Defendant states that the settlement value of this case is well within the amount of Defendant's self-insured retention.

    The court finds that Defendant HRHH has provided sufficient reason to excuse Defendant's insurance carrier from attending the ENE in person.

    Accordingly,

    IT IS HEREBY ORDERED that Defendant HRHH Gaming Senior Mezz LLC's Request for Exception from Attendance at Early Neutral Evaluation (#17) is GRANTED with the condition that Defendant's insurance carrier must be available telephonically at the beginning of the Early Neutral Evaluation and as directed thereafter.

    DATED this 14th day of January, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE