JAMES P. KEMP, ESQUIRE
Nevada Bar No. 006375
KEMP & KEMP
7435 W. Azure Drive, Suite 110
Las Vegas, NV  89130
(702) 258-1183/258-6983(fax)
jp@kemp-attorneys.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA
***

| | |
|---|---|
| LEON RICHARDSON,<br><br>           Plaintiff,<br><br>vs.<br><br>HRHH GAMING SENIOR MEZZ, LLC, a Delaware Limited Liability Company; BENNIE MANCINO an individual; DOES I-X; and Roe Business Entities I - X, inclusive,<br><br>           Defendants. | Case No.:  2:13-cv-1913-GMN-CWH<br><br>**STIPULATION AND ORDER TO PERMIT DEPOSTION OF DEFENDANT BENNIE MANCINO TO BE TAKEN OUTSIDE OF DISCOVERY PERIOD AND TO EXTEND DEADLINE FOR DISPOSITIVE MOTIONS**<br><br>**[FIRST REQUEST]** |

It is hereby stipulated by and between the parties, through their respective counsel, that Plaintiff, LEON RICHARDSON, may take the deposition of Defendant Bennie Mancino outside of the discovery period set forth in the court's previous scheduling order (Dkt. #49), specifically on August 28, 2015, and as a result of this deposition that the deadline for parties to file dispositive motions shall be extended by 45 days to Monday, October 12, 2015.  This stipulation is submitted and based upon the following:

    1.    That Plaintiff's counsel set the Deposition for Defendant Bennie Mancino for July 21, 2015 at counsel's office in Las Vegas;

    2.    That Mancino's counsel disputed that the Plaintiff could require Mancino to travel to Las Vegas for deposition because subsequent to Mancino being served the Summons

1

and Complaint in this case, which occurred while he was living and working in Las Vegas, Mancino moved to London, Ohio where he now resides and works;

3. The Parties met and conferred and exchanged correspondence on this issue. In the end it was agreed that the deposition would be conducted by remote means pursuant to FRCP Rule 30(b)(4) with Mr. Mancino appearing for deposition with his counsel in Ohio and counsel for Plaintiff taking the deposition by remote means from Las Vegas. Counsel for Defendant HRHH Gaming Senior Mezz, LLC can choose whichever forum she wishes to attend;

4. With workloads and summer vacation plans, and particularly due to the need to coordinate the remote means and arrange for travel days for Mancino's counsel, the Parties have agreed, and request that the court approve, the taking of this one deposition outside of the currently scheduled discovery period which ends on July 27, 2015. The Parties have agreed that the deposition date shall be moved from July 21, 2015 and shall instead take place on **August 28, 2015**.

5. The present dispositive motion deadline is August 26, 2015 (Dkt. #49). As a result of the rescheduling of Defendant Mancino's deposition, the Parties have agreed, and request that the court approve, the extension of the dispositive motion deadline. The Parties request that the Court grant the extension to 45 days after Defendant Mancino's deposition which would be to **Monday, October 12, 2015**.

///

///

///

2

6. That this request is made in good faith and not for purpose of delay.

DATED this 21st day of July, 2015.

/s/ James P. Kemp
James P. Kemp, Esq.
KEMP & KEMP ATTORNEYS AT LAW
7435 West Azure Drive, Suite 110
Las Vegas, NV 89130
Attorney for Plaintiff

/s/ Deverie Christensen
Deverie Christensen, Esq.
JACKSON LEWIS P.C.
3800 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169
Attorneys for Defendant HRHH

.  /s/ Bruce C. Young                .
Bruce C. Young, Esq.
LITTLER MENDELSON, P.C.
3960 Howard Hughes Pkwy., Suite 300
Las Vegas, NV 89169-5937

**IT IS SO ORDERED**

_____
MAGISTRATE JUDGE

Dated: July 24, 2015

3