JAMES P. KEMP, ESQUIRE
Nevada Bar No. 006375
KEMP & KEMP
7435 W. Azure Drive, Suite 110
Las Vegas, NV  89130
(702) 258-1183/258-6983(fax)
jp@kemp-attorneys.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

***

| | |
|---|---|
| LEON RICHARDSON,<br><br>           Plaintiff,<br><br>vs.<br><br>HRHH GAMING SENIOR MEZZ, LLC, a Delaware Limited Liability Company; BENNIE MANCINO an individual; DOES I-X; and Roe Business Entities I - X, inclusive,<br><br>           Defendants. | Case No.: 2:13-cv-1913-GMN-CWH<br><br>**STIPULATION AND ORDER FOR SETTLEMENT CONFERENCE AND TO EXTEND DEADLINE FOR DISPOSITIVE MOTIONS** |

## **STIPULATION**

It is hereby stipulated by and between the parties, through their respective counsel, that the parties agree, pursuant to LR 16-5, to participate in a settlement conference before Magistrate Judge Hoffman and to extend the deadline to file dispositive motions until thirty (30) days after the date of the settlement conference. This stipulation is submitted and based upon the following:

1. That at present the deadline for filing dispositive motions is October 12, 2015;

2. That Plaintiff's counsel and Defendant HRHH Gaming Senior Mezz, LLC's counsel have had some settlement discussions over the summer of 2015, but were not able to reach a resolution;

3. That now that discovery in this matter has concluded the parties agree that the issues are

1

more clear and that a settlement conference would be appropriate and they would have a good chance of resolving the case with a focused session of settlement negotiations;

4. That the parties desire to engage in alternative dispute resolution procedures prior to the time consuming and costly process of preparing, opposing, and deciding dispositive motions;

5. That Plaintiff's counsel contacted Magistrate Hoffman's chambers and was informed that the morning of October 23, 2015 was available for a settlement conference in this matter and all parties have confirmed that they are available to start the settlement conference at 8:30 a.m. that morning;

6. The present dispositive motion deadline is October 12, 2015. As a result of this agreement. The Parties request that the Court grant an extension of the dispositive motion deadline to thirty (30) days after the October 23, 2015 settlement conference which would be to **Monday, November 23, 2015**.

7. That this request is made in good faith and not for purpose of delay.

DATED this 17th day of September, 2015.

| /s/ James P. Kemp | /s/ Deverie Christensen |
|---|---|
| James P. Kemp, Esq. | Deverie Christensen, Esq. |
| KEMP & KEMP ATTORNEYS AT LAW | JACKSON LEWIS P.C. |
| 7435 West Azure Drive, Suite 110 | 3800 Howard Hughes Pkwy, Suite 600 |
| Las Vegas, NV 89130 | Las Vegas, NV 89169 |
| Attorney for Plaintiff | Attorneys for Defendant HRHH |

.  /s/ Bruce C. Young                    .
Bruce C. Young, Esq.
LITTLER MENDELSON, P.C.
3960 Howard Hughes Pkwy., Suite 300
Las Vegas, NV 89169-5937

2

**ORDER**

BASED UPON the foregoing stipulation of the parties, and with good cause appearing, IT IS HEREBY ORDERED, pursuant to LR 16-5, that the parties shall appear for a settlement conference on the morning of Friday, October 23, 2015. The Court will separately issue its standard settlement conference order specifying the exact time the parties are to appear and the requirements for preparation and participation in the settlement conference.

IT IS FURTHER ORDERED that the deadline for filing dispositive motions is extended to Monday, November 23, 2015.

**IT IS SO ORDERED**

_____
MAGISTRATE JUDGE

Dated: September 21, 2015

3