UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LEON RICHARDSON, ) | |
| ) | |
| Plaintiff, ) | Case No.  2:13-cv-01913-GMN-CWH |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| HARD ROCK HOTEL, INC., et al., ) | |
| ) | |
| Defendants. ) | |

Presently before the Court is attorney James P. Kemp's Motion to Withdraw as Counsel for Plaintiff Leon Richardson (ECF No. 72).  Having reviewed and considered the motion, and good cause appearing,

IT IS ORDERED that James P. Kemp's Motion to Withdraw as Counsel for Plaintiff Leon Richardson (ECF No. 72) is GRANTED.

IT IS FURTHER ORDERED that attorney James P. Kemp must serve a copy of this Order on Plaintiff Leon Richardson.

IT IS FURTHER ORDERED that on or before December 2, 2015, Plaintiff Leon Richardson must file a written notice with the Court stating whether he intends to represent himself in this case.  This requirement will be automatically vacated if a new attorney enters an appearance on behalf of Plaintiff Leon Richardson on or before December 2, 2015.

DATED: November 2, 2015

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**