# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LEON RICHARDSON,        ) | |
|       Plaintiff,     ) | Case No.  2:13-cv-01913-GMN-CWH |
|                  ) | |
| vs.            ) | **ORDER** |
|                  ) | |
| HARD ROCK HOTEL, INC., et al.,    ) | |
|       Defendants.   ) | |

Presently before the court is pro se Plaintiff Leon Richardson's Written Notice to Court Seeking to Obtain Other Counsel (ECF No. 81), filed on December 3, 2015.  Plaintiff's notice was filed in compliance with the court's order (ECF No. 73) dated November 2, 2015, in which the court granted attorney James P. Kemp's motion to withdraw as attorney for Plaintiff and ordered Plaintiff to notify the court whether he intends to represent himself in this case.  In his notice, Plaintiff states that he seeks to retain attorney Daniel Winder to represent him, but that he needs additional time to do so.  Having considered Plaintiff's request for additional time to retain an attorney, and good cause appearing, the court will provide Plaintiff with an additional 30 days to notify the court whether he intends to represent himself in this case.

Plaintiff's notice also describes various actions taken by his former attorney that Plaintiff contends are ethical violations and/or breaches of his contingency fee agreement with his former attorney.  The court expresses no opinion regarding the issues Plaintiff contends he encountered with his former attorney.  To the extent Plaintiff seeks to pursue those issues, Plaintiff is advised to consult with an attorney.

/ / /

/ / /

IT IS THEREFORE ORDERED that Plaintiff Leon Richardson must file written notice with the court on or before January 8, 2016 stating whether he intends to represent himself in this case.  This requirement will be automatically vacated if a new attorney enters an appearance on behalf of Plaintiff on or before January 8, 2016.

DATED: December 8, 2015

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**