# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LEON RICHARDSON, ) | |
| ) | |
| Plaintiff, ) | Case No.: 2:13-cv-1913-GMN-CWH |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| HRHH GAMING SENIOR MEZZ, LLC, a ) | |
| Delaware Limited Liability Company; ) | |
| BENNIE MANCINO, an individual, ) | |
| ) | |
| Defendants. ) | |

Pending before the Court is Defendant HRHH Gaming Senior Mezz, LLC's Emergency Motion to Extend Time, (ECF No. 88). In this Motion, Defendant HRHH requests additional time to file a reply regarding its pending Motion for Summary Judgment, (ECF No. 85), because one of its attorneys recently suffered from an emergency medical condition which required hospitalization. This is Defendant HRHH's first request for an extension.

Good cause appearing,

**IT IS HEREBY ORDERED** that Defendant HRHH's Motion to Extend Time, (ECF No. 88), is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant HRHH shall have up to and including Friday, January 20, 2016, to file a reply regarding its pending Motion for Summary Judgment.

**DATED** this __29__ day of December, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court