# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LEON RICHARDSON, | )<br>) |
| Plaintiff, | ) Case No.: 2:13-cv-1913-GMN-CWH<br>) |
| vs. | ) **ORDER**<br>) |
| HRHH GAMING SENIOR MEZZ, LLC, a<br>Delaware Limited Liability Company;<br>BENNIE MANCINO, an individual, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

Pending before the Court is Plaintiff Leon Richardson's Emergency Motion for an Extension of Time and for Leave to File a Supplemental Response, (ECF No. 93).[1] In this Motion, Plaintiff requests an extension of time to respond to Defendant Bennie Mancino's Motion for Summary Judgment, (ECF No. 79), and leave to file an additional response regarding Defendant HRHH Gaming Senior Mezz, LLC's Motion for Summary Judgment, (ECF No. 75). Both of these Motions were filed at a time when Plaintiff was without counsel in this case. As Plaintiff has recently obtained new counsel, additional time to file responses will ensure that he does not suffer unfair prejudice in this action based on the withdrawal of his prior counsel.

Therefore, good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff's Motion, (ECF No. 93), is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff shall have up to and including February 9, 2016, to file responses to the pending Motions for Summary Judgment.

---

[1] Though Plaintiff designated his Motion only as a request for an extension of time, the Court construes the Motion also as a request for leave to file an additional response, as Plaintiff has already responded to Defendant HRHH's pending Motion for Summary Judgment, (ECF No. 85).

**IT IS FURTHER ORDERED** that Defendants shall have fourteen days after the filing of Plaintiff's responses to file replies regarding the pending Motions for Summary Judgment.

**DATED** this __14__ day of January, 2016.

_____
Gloria M. Navarro, Chief Judge
United States District Court